# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Case No. 25-11010 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Adversary Proceeding No. 25-01125 KHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL EXPRESS INC. d/b/a | ) | |
| CAPITAL EXPRESS NY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Sydney Schillereff, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons, Complaint, Exhibits 1-2, and Notice to Litigants was made the 14th day of April, 2025, by first-class, United States mail, postage pre-paid, addressed to:

Capital Express, Inc.
Steven Berkovitch Esq.
Berkovitch & Bouskila, PLLC
1545 US 202, Ste. 101
Pomona, NY 10970

Capital Express, Inc.
Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

Capital Express, Inc.
Yaakov Goder
160 Amsterdam Ave.
Passaic, NJ 07055

Under penalty of perjury, I declare that the foregoing is true and correct.

DATE:  April 14, 2025.

/s/ Sydney Schillereff
Paralegal