**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Case No. 25-11010 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Adversary Proceeding No. 25-01125 KHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL EXPRESS INC. d/b/a | ) | |
| CAPITAL EXPRESS NY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

ProSource Machinery, LLC ("Debtor"), debtor-in-possession herein, by and through undersigned counsel, for its Motion for Extension of Time to Respond to Order to Show Cause (the "Motion"), state as follows:

1. This Court issued its Order to Show Cause on July 23, 2025 requiring Debtor to file a motion for entry of default or otherwise show cause why this matter should not be dismissed.

2. Under Fed.R.Bankr.P. 9006(b), this Court may extend the time for Debtor to respond to the Order to Show Cause.

3. Due to the press of other business, the Debtor requires additional time to file a motion for default or other written response to the Order to Show Cause.

4. The Debtor seeks an extension of 14 days, or until August 20, 2025, to comply with the Order to Show Cause.

5. The Debtor asserts that good cause exists for the requested 14-day extension and that no party will be prejudiced by this request.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order in the form

attached granting the Debtor a 14-day extension of time, up to and including August 20, 2025, within which to respond to the Order to Show Cause and for such other and further relief as the Court deems just.

Dated this August 6, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

/s/David J. Warner
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999; (303) 296-7600 (fax)
dwarner@wgwc-law.com
*Attorneys for the Debtors-in-Possession*