# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| PROSOURCE MACHINERY, LLC, ) | Case No. 25-11010 KHT |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| PROSOURCE MACHINERY, LLC, ) | Adversary Proceeding No. 25-01125 KHT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL EXPRESS INC. d/b/a ) | |
| CAPITAL EXPRESS NY, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

THIS MATTER having come before the Court on Debtor's Motion for Extension of Time to Respond to Order to Show Cause (the "Motion"), the Court having read the Motion and being otherwise fully advised in the premises,

ORDERS that the Debtor is granted a 14-day extension of time, or up to and including August 20, 2025, within which to file respond to the Order to Show Cause (Docket No. 5).

DATED this _____ day of August, 2025.

BY THE COURT:

_____
Hon. Kimberley H. Tyson
U.S. Bankruptcy Court