**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Case No. 25-11010 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Adversary Proceeding No. 25-01125 KHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL EXPRESS INC. d/b/a | ) | |
| CAPITAL EXPRESS NY, | ) | |
| | ) | |
| Defendant. | ) | |

---

**CERTIFICATE OF SERVICE**

---

The undersigned certifies that on August 6, 2025, I served a complete copy of the Motion for Extension of Time to Respond to Order to Show Cause and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Capital Express, Inc.
Steven Berkovitch Esq.
Berkovitch & Bouskila, PLLC
1545 US 202, Ste. 101
Pomona, NY 10970

Capital Express, Inc.
Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

Capital Express, Inc.
Yaakov Goder
160 Amsterdam Ave.
Passaic, NJ 07055

/s/ Sydney Schillereff
For Wadsworth Garber Warner Conrardy, P.C.