## VERIFICATION

I, Derek Dicks, managing member of ProSource Machinery, LLC, being of lawful age, have read the foregoing Verified Motion for Default Judgment, and the allegations and facts contained therein are true and correct to the best of my knowledge, information and belief.

_____
Derek Dicks

STATE OF Colorado        )
                         )   ss.
COUNTY OF Adams          )

Subscribed and sworn to before me this 20 day of August, 2025 by Derek Dicks.

Witness my hand and official seal.

_____
Notary Public

My Commission expires: 06,30,2029

```
KANTI LAMA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254023848
MY COMMISSION EXPIRES 06/30/2029
```