# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| PROSOURCE MACHINERY, LLC, ) | Case No. 25-11010 KHT |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| PROSOURCE MACHINERY, LLC, ) | Adversary Proceeding No. 25-01125 KHT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL EXPRESS INC. d/b/a ) | |
| CAPITAL EXPRESS NY, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING VERIFIED MOTION FOR DEFAULT JUDGMENT

THIS MATTER comes before the Court on the Verified Motion for Default Judgment (the "Motion") against Capital Express Inc. d/b/a Capital Express NY ("Defendant") filed by Plaintiff ProSource Machinery, LLC ("ProSource"). Based upon the Motion, the Complaint and exhibits thereto, and the return of service, the Court hereby

FINDS that the Defendant has failed to plead, answer or otherwise respond to ProSource's Complaint and hereby

ORDERS that the Motion is GRANTED. The Clerk of the Court shall forthwith enter the default of Defendant in this action and a separate judgment as to ProSource's First through Fourth Claims for Relief.

DATED this ____ day of _____, 2025.

BY THE COURT:

_____
Hon. Kimberley H. Tyson
United States Bankruptcy Judge