## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Case No. 25-11010 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| PROSOURCE MACHINERY, LLC, | ) | Adversary Proceeding No. 25-01125 KHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL EXPRESS INC. d/b/a | ) | |
| CAPITAL EXPRESS NY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Kimberley H. Tyson, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that JUDGMENT shall enter in favor of ProSource Machinery, LLC ("ProSource") and against Defendant Capital Express Inc. d/b/a Capital Express NY (the "Defendant") as to ProSource Machinery, LLC's First through Fourth Claims for Relief as follows: (a) declaring the Agreement (as defined in the Verified Motion for Default Judgment) to be a loan rather than a true sale of accounts and that the Agreement is usurious and invalid; (b) declaring that Defendant has no secured claim against ProSource Machinery, LLC ("ProSource") under 11 U.S.C. § 506(a); (c) avoiding the grant of a security interest from ProSource to the Defendant under 11 U.S.C. § 544; and (d) avoiding all transfers of lien interests by ProSource to Defendant under 11 U.S.C. § 548(a).

DATED: _____

APPROVED BY THE COURT:                               FOR THE COURT:

_____                      _____
Hon. Kimberley H. Tyson, Chief Judge                 Deputy Clerk
United States Bankruptcy Court